IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, As Administrators of the Estate of Sarah Katz, Deceased` | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

## ORDER

**NOW**, this 30th day of October, 2023, upon consideration of the application of Gregory T. Sturges, Esquire, to admit Lori G. Cohen, Esquire, *pro hac vice* (Doc. No. 3), it is **ORDERED** that the application is **DENIED WITHOUT PREJUDICE**.[1]

_____
TIMOTHY J. SAVAGE, J.

---

[1] The motion fails to set forth grounds why Panera Bread Company and Panera LLC desire Lori G. Cohen, Esquire to represent them and why the applicant is especially qualified to do so. *See* Judge Savage's *Policies and Procedures* at www.paed.uscourts.gov/judges-info/district-court-judges/timothy-j-savage.