IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the Estate of SARAH KATZ, Deceased<br><br>*Plaintiffs*,<br><br>v.<br><br>PANERA BREAD COMPANY and PANERA, LLC<br>*Defendants*. | Civil No.: 2:23-cv-04135-TJS |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'**
**<u>MOTION TO DISMISS PLAINTIFFS' COMPLAINT</u>**

Defendants Panera Bread Company and Panera, LLC have moved to dismiss Plaintiffs' Complaint. Defendants' motion to dismiss is fatally flawed for several reasons. Namely, they adopt a self-serving and inaccurate interpretation of the facts in Plaintiffs' Complaint. But when viewing the factual allegations in the light most favorable to Plaintiffs, as required by law, Plaintiffs have set for *prima facie* claims for strict products liability, negligence, misrepresentation, and breach of warranty. Their wrongful death and survival action pleads sufficient facts to progress this case to the discovery stages. For the reasons set forth in the accompanying Memorandum of Law, incorporated by reference herein, Defendants' Motion to Dismiss Plaintiffs' Complaint should be denied.

WHEREFORE, Plaintiffs respectfully request this Court deny Defendants' motion to dismiss.

                Respectfully Submitted:

                **KLINE & SPECTER, P.C.**

                By:   <u>*Elizabeth A. Crawford*</u>
                        Thomas R. Kline, Esquire (PA I.D. 28895)
                        Elizabeth A. Crawford, Esquire (PA I.D. 313702)
                        Michelle A. Paznokas, Esquire (PA I.D. 324794)
                        Kline & Specter, P.C.
                        1525 Locust Street
                        19th Floor
                        Philadelphia, PA 19102
                        (215) 772-1000
                        Tom.Kline@klinespecter.com
                        Elizabeth.Crawford@klinespecter.com
                        Michelle.Paznokas@klinespecter.com
                        *Attorneys for Plaintiffs*

Dated: <u>December 4, 2023</u>