# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the Estate of Sarah Katz, Deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

## ORDER

**NOW,** this 18th day of December, 2023, upon consideration of the Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. No. 18), the plaintiffs' response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part.**

**IT IS FURTHER ORDERED** that:

1. To the extent the motion seeks to dismiss Count IV, it is **GRANTED.**

2. In all other respects, the motion is **DENIED.**

3. Count IV of the Complaint is **DISMISSED.**

4. The plaintiff may file an amended complaint, adding a cause of action for breach of implied warranty, no later than **December 27, 2023.**

5. The defendants shall file an answer to the amended complaint no later than **January 10, 2024.**

_____
TIMOTHY J. SAVAGE, J.