IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the Estate of Sarah Katz, Deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

### ORDER

**NOW**, this 22nd day of April, 2024, upon consideration of the Plaintiffs' Motion to Compel Defendants' Complete Responses to Supplemental Requests For Production of Documents (Doc. No. 37) it is **ORDERED** that the defendants shall respond to the motion no later than **5:00 p.m., April 23, 2024**.

TIMOTHY J. SAVAGE, J.