# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL KATZ and MICHAEL KATZ, as** <br> Administrators of the Estate of <br> Sarah Katz, Deceased | : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| **PANERA BREAD** <br> **COMPANY and PANERA, LLC** | : <br> : | NO. 23-4135 |

## ORDER

**NOW**, this 22nd day of April, 2024, pursuant to 28 U.S.C. § 636(b)(1)(A), the Plaintiffs' Motion to Compel Defendants' Complete Responses to Supplemental Requests For Production of Documents (Doc. No. 37) is **REFERRED** to Magistrate Judge Scott. W. Reid for disposition.

_____
TIMOTHY J. SAVAGE, J.