IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the Estate of SARAH KATZ<br><br>v.<br><br>PAERA BREAD COMPANY and PANERA, LLC | :<br>:<br>:<br>:<br>: NO. 23-CV-4135 TJS<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

AND NOW, this 24th day of April, 2024, the parties are HEREBY ORDERED to MEET AND CONFER regarding Plaintiffs' Motion to Compel Defendants' Complete Responses to Plaintiffs' Supplemental Request for Production of Documents docketed as ECF Doc. No. 37, on or before **THURSDAY, APRIL 25, 2024, at 3:00 p.m. EST**. It is FURTHER ORDERED that:

1. The parties' meet and confer conversation shall occur telephonically, and not by means of electronic correspondence; and

2. On or before **FRIDAY, APRIL 26, 2024, at 3:00 p.m. EST**, the parties are to file a joint written submission explaining, as to each Document Request at issue in ECF Doc. No. 37, whether that request is resolved, OR, if not resolved, whether (and if so, how) that request or Defendant's response thereto is narrowed, modified, or clarified, following conference, in order to assist the Court in making a fully informed decision; and

3.  Plaintiffs' failure to engage in this meet and confer requirement as described above may result in the denial of their pending Motion to Compel.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISRATE JUDGE