# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, As Administrators of the Estate of Sarah Katz, Deceased` | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

## ORDER

**NOW**, this 8th day of May, 2024, upon consideration of the Plaintiffs' Motion for *In Camera* Review of the Decedent's Blood Test Results, Performed by Plaintiffs' Expert Toxicologist (Doc. No. 48), it is **ORDERED** that the defendants shall respond to the motion no later than **5:00 p.m.** on **May 9, 2024.**

_____
TIMOTHY J. SAVAGE, J.