# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, As Administrators of the Estate of Sarah Katz, Deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

## ORDER

**NOW**, this 30th day of May, 2024, upon consideration of Plaintiffs' Motion for *In Camera* Review of the Decedent's Blood Test Results, Performed by Plaintiffs' Expert Toxicologist (Doc. No. 48), the defendants' response and their supplemental response, it is **ORDERED** that the motion is **DENIED** as moot.

_____
TIMOTHY J. SAVAGE, J.