IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, As Administrators of the Estate of Sarah Katz, Deceased` | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

## ORDER

**NOW**, this 17th day of June, 2024, upon consideration of the Defendants' Motion to Amend the Scheduling Order (Doc. No. 53), it is **ORDERED** that the motion is **DENIED**.[1]

_____
TIMOTHY J. SAVAGE, J.

---

[1] Notwithstanding the denial of this motion, the parties may agree to continue discovery provided it does not affect any other deadlines in the November 14, 2023 Scheduling Order.