IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, As Administrators of the Estate of Sarah Katz, Deceased` | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

## ORDER

**NOW,** this 17th day of July, 2024, upon consideration of Defendants' Motion for the *Pro Hac Vice* Admission of Gabriel S. Spooner (Doc. No. 57), it is **ORDERED** that the motion is **GRANTED** and Gabriel S. Spooner is admitted *pro hac vice* to the bar of this Court to represent the defendants Panera Bread Company and Panera, LLC for purposes of this action only.

**IT IS FURTHER ORDERED** that counsel shall file all pleadings electronically using the Electronic Case Filing (ECF) system and follow Judge Savage's Policies and Procedures.

_____
TIMOTHY J. SAVAGE, J.