IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, | : | CIVIL ACTION |
| As Administrators of the Estate | : | |
| Of Sarah Katz, Deceased | : | |
| | : | |
| v. | : | |
| | : | |
| PANERA BREAD | : | |
| COMPANY and PANERA, LLC | : | NO. 23-4135 |

## ORDER

**NOW,** this 30th day of July, 2024, the defendants having filed *Daubert* motions to preclude plaintiffs' experts from testifying, it is **ORDERED** that a telephone conference is scheduled for **Wednesday, July 31, 2024, at 12:00 noon**.   If counsel wish to reschedule the conference to this afternoon, they may contact chambers.

Instructions to join the call will be provided separately via email to counsel.

_____
TIMOTHY J. SAVAGE, J.