## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL KATZ and MICHAEL KATZ, As** | : | **CIVIL ACTION** |
| **Administrators of the Estate of** | : | |
| **Sarah Katz, Deceased`** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PANERA BREAD** | : | |
| **COMPANY and PANERA, LLC** | : | **NO. 23-4135** |

### ORDER

**NOW**, this 31st day of July, 2024, upon consideration of the defendants' *Daubert* motions to preclude or limit the testimony of plaintiffs' experts (Doc. Nos. 59, 60, 61, 62, 63, 64, 65, 66, 67), it is **ORDERED** that oral argument on the motions is scheduled for **Wednesday, August 21, 2024, at 9:00 a.m.**, in Courtroom 9A, United States Courthouse, 601 Market Street, Philadelphia, PA.

TIMOTHY J. SAVAGE, J.