**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the Estate of SARAH KATZ, Deceased<br><br>*Plaintiffs*,<br><br>v.<br><br>PANERA BREAD COMPANY and PANERA, LLC<br>*Defendants*. | Civil No.: 2:23-cv-04135-TJS |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance as co-counsel on behalf of Plaintiffs, Jill Katz and Michael Katz, as Administrators of the Estate of Sarah Katz, in the above-captioned matter.

**KLINE & SPECTER, P.C.**

By: */s/ Michelle A. Paznokas*
Shanin Specter, Esquire
Elizabeth A. Crawford, Esquire
Michelle A. Paznokas, Esquire
*Attorneys for Plaintiffs*

Dated: August 14, 2024

1

## CERTIFICATE OF SERVICE

I, Michelle A. Paznokas, Esquire, counsel for Plaintiffs, do hereby certify that I did serve a true and correct copy of the foregoing Entry of Appearance upon the following via notification of electronic filing:

Joseph H. Blum, Esquire
Marc P. Miles, Esquire
Kristy A. Schlesinger, Esquire
Shook, Hardy & Bacon, LLP
Two Commerce Square
2001 Market Street, Ste. 3000
Philadelphia, PA 19103

Lori G. Cohen, Esquire
Sarah K. Thompson, Esquire
Marcella C. Ducca, Esquire
Gregory T. Sturgis, Esquire
Greenberg Traurig, LLP
1717 Arch Street
Ste. 400
Philadelphia, PA 19103

By: */s/ Michelle A. Paznokas*
Michelle A. Paznokas, Esquire
*Attorney for Plaintiffs*

Dated: August 1, 2024