IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the Estate of Sarah Katz, Deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

## ORDER

**NOW**, this 26th day of August, 2024, it is **ORDERED** as follows:

1. A final pretrial conference will be held on **Wednesday, October 2, 2024, at 10:00 a.m., in Chambers (Room 9614)**. Trial counsel must attend the final pretrial conference and only those attorneys attending the conference may participate in the trial; and

2. This case will be listed for trial on **Monday, October 7, 2024, at 9:00 a.m., in Courtroom 9A**. Counsel and all parties shall be prepared to commence trial on that date. All counsel are attached for trial.

TIMOTHY J. SAVAGE, J.