## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL KATZ and MICHAEL KATZ, As** : | | CIVIL ACTION |
| **Administrators of the Estate of** : | | |
| **Sarah Katz, Deceased`** : | | |
| : | | |
| **v.** : | | |
| : | | |
| **PANERA BREAD** : | | |
| **COMPANY and PANERA, LLC** : | | NO. 23-4135 |

### ORDER

**NOW**, this 12th day of September, 2024, it is **ORDERED** that oral argument on the motions *in limine* is scheduled for **Tuesday, September 24, 2024, at 1:00 p.m.**, in Courtroom 9A, United States Courthouse, 601 Market Street, Philadelphia, PA.

TIMOTHY J. SAVAGE, J.