IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, As Administrators of the Estate of Sarah Katz, Deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

## ORDER

**NOW**, this 12th day of September, 2024, it is **ORDERED** that no later than **Monday, September 23, 2024,** the parties shall file memoranda showing cause why the seal should not be lifted once trial begins.

_____
TIMOTHY J. SAVAGE, J.