IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the Estate of Sarah Katz, Deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

### ORDER

**NOW**, this 18th day of September, 2024, upon consideration of Defendants' *Daubert* Motion to Preclude or Limit the Testimony of Plaintiffs' Expert Joellen Gill (Doc. No. 67), the plaintiffs' response, the defendants' reply, the plaintiffs' sur-reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** as follows:

1. Joellen Gill may not opine that:

    a. Sarah Katz's actions were consistent with "foreseeable human behavior."

    b. "[I]t was reasonably foreseeable to Panera that Sarah Katz, behaving as a typical consumer in accordance with foreseeable human behavior, would consume Charged Lemonade without knowing it contained a large dose of caffeine."

2. In all other respects, the motion is **DENIED.**

TIMOTHY J. SAVAGE, J.