IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the Estate of SARAH KATZ, Deceased,<br><br>*Plaintiffs*,<br><br>v.<br><br>PANERA BREAD COMPANY and PANERA, LLC,<br><br>*Defendants*. | CIVIL ACTION NO. 2:23-cv-04135-TJS |

## ORDER

AND NOW, this ___ day of September, 2024, upon consideration of Defendants Panera Bread Company and Panera, LLC's Request for Remote Appearance at Hearing on Motions in Limine, and for good cause shown, it is hereby ORDERED that Defendants may appear remotely at the hearing on motions in limine.

Dated: September __, 2024               _____
                                         HON. TIMOTHY J. SAVAGE
                                         UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the Estate of SARAH KATZ, Deceased,<br><br>*Plaintiffs*,<br><br>v.<br><br>PANERA BREAD COMPANY and PANERA, LLC,<br><br>*Defendants*. | CIVIL ACTION NO. 2:23-cv-04135-TJS |

### DEFENDANTS' REQUEST FOR REMOTE APPEARANCE AT HEARING ON MOTIONS IN LIMINE

Trial counsel for Defendants Panera Bread Company and Panera, LLC ("Defendants") are engaged in and attached to a trial in San Diego, California. [Dkts. 53, 109, and 140] Pursuant to that court's weekly schedule, the trial is dark Wednesday mornings and all day Fridays.

The hearing on the motions in limine in this case was set for Tuesday, September 24, 2024.

Due to the aforementioned engagement and attachment to trial, Defendants requested a brief continuance of this trial and the remaining pre-trial hearings (i.e., hearing on motions in limine and final pretrial conference). [Dkt. 140]

2

In the event the Court does not rule on the request prior to the upcoming hearing on the motions in limine, or denies the request as to that hearing, Defendants respectfully request they be permitted to attend and argue the motions in limine remotely.

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

Dated: September 18, 2024        */s/ Marc P. Miles*
Marc P. Miles, Esq. (admitted *pro hac vice*)
Kristy A. Schlesinger, Esq. (admitted *pro hac vice*)
Gabriel S. Spooner, Esq. (admitted *pro hac vice*)
5 Park Plaza, Suite 1600
Irvine, CA 92614
T 949.475.1500
mmiles@shb.com
kschlesinger@shb.com

Joseph H. Blum, Esq.
2001 Market Street, Suite 3000
Philadelphia, PA 19103
T 215.278.2555
jblum@shb.com

*Attorneys for Defendants Panera Bread Company and Panera, LLC*

4883-2307-3254

## **CERTIFICATE OF SERVICE**

I, Marc P. Miles, hereby certify that on the 18th day of September 2024, I caused a true and correct copy of Defendants' Request for Remote Appearance at Hearing on Motions in Limine to be served via the Court's e-filing system upon all counsel of record.

>                             */s/ Marc P. Miles*
>                             Marc P. Miles

4883-2307-3254