IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the Estate of SARAH KATZ, Deceased<br><br>     *Plaintiffs*,<br><br>  v.<br><br>PANERA BREAD COMPANY and PANERA, LLC<br>     *Defendants*. | Civil No.: 2:23-cv-04135-TJS |

**PLAINTIFFS' RESPONSE TO THE SEPTEMBER 12, 2024 ORDER TO SHOW CAUSE**

  Plaintiffs, by and through their counsel, submit their response to the Court's September 12, 2024 Order to Show Cause. Plaintiffs have no objection to the seal being lifted once trial begins.

              Respectfully Submitted:

              **KLINE & SPECTER, P.C.**

          By: *Elizabeth A. Crawford*
             Thomas R. Kline, Esquire
             Elizabeth A. Crawford, Esquire
             Michelle A. Paznokas, Esquire
             Wyatt J. Larkin, Esquire
             *Attorneys for Plaintiffs*

Dated: September 19, 2024

**CERTIFICATE OF SERVICE**

This is to certify that on September 19, 2024, a true and correct copy of the foregoing Response was served upon the following parties via email:

Joseph H. Blum, Esquire
Marc P. Miles, Esquire
Kristy A. Schlesinger, Esquire
Shook Hardy & Bacon LLP
2001 Market Street, Suite 3000
Philadelphia, PA 19103

By: *Elizabeth A. Crawford*
Elizabeth A. Crawford, Esquire