IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the Estate of Sarah Katz, Deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

### ORDER

**NOW,** this 19th day of September, 2024, upon consideration of the Defendants' Motion for Reconsideration (Doc. No. 140), and the plaintiffs' response, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall be prepared to proceed with the final pretrial conference on October 2, 2024 and the trial on October 7, 2024.

_____
TIMOTHY J. SAVAGE, J.