**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JILL KATZ and MICHAEL KATZ, as** | : | **CIVIL ACTION** |
| **Administrators of the Estate of** | : | |
| **Sarah Katz, Deceased** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PANERA BREAD COMPANY and** | : | |
| **PANERA, LLC** | : | **NO. 23-4135** |

## <u>ORDER</u>

**NOW,** this 19th day of September, 2024, upon consideration of the Defendants' Request for Remote Appearance at Hearing on Motions *in Limine* (Doc. No. 152), and having advised in our September 19, 2024 Memorandum that we will decide the motions on the papers pursuant to Local Rule of Civil Procedure 7.1(f) if defendants elect not to have counsel appear in person for oral argument, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.