IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KATZ and MICHAEL KATZ, As Administrators of the Estate of Sarah Katz, Deceased` | : : : : | CIVIL ACTION |
| v. | : : | |
| PANERA BREAD COMPANY and PANERA, LLC | : : | NO. 23-4135 |

### ORDER

**NOW**, this 23rd day of September, 2024, counsel having advised that the parties waive oral argument and that the motions *in limine* can be decided on the papers, it is **ORDERED** that the oral argument on the motions *in limine* scheduled for **Tuesday, September 24, 2024, at 1:00 p.m.**, is **CANCELLED**.

_____
TIMOTHY J. SAVAGE, J.