IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL KATZ and MICHAEL KATZ, as** | : | CIVIL ACTION |
| **Administrators of the Estate of** | : | |
| **Sarah Katz, Deceased** | : | |
| | : | |
| v. | : | |
| | : | |
| **PANERA BREAD COMPANY and** | : | |
| **PANERA, LLC** | : | NO. 23-4135 |

## ORDER

**NOW**, this 25th day of September, 2024, upon consideration of the parties' joint letter request to amend the scheduling order, it is **ORDERED** that the request is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The final pretrial conference is rescheduled to **Tuesday, October 8, 2024, at 10:00 a.m., in Chambers (Room 9614)**. Trial counsel must attend the final pretrial conference and only those attorneys attending the conference may participate in the trial.

2. Trial is rescheduled to **Thursday, October 10, 2024, at 9:00 a.m., in Courtroom 9A**.

_____
TIMOTHY J. SAVAGE, J.