IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL KATZ and MICHAEL KATZ, as Administrators of the estate of SARAH KATZ, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>PANERA BREAD COMPANY and PANERA LLC,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Case No. 2:23-cv-04135-TJS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**TO THE CLERK OF COURT:**

    Kindly enter the appearance of Kevin B. Dulaney on behalf of Defendants Panera Bread Company and Panera LLC, in the above-captioned action.


Dated: October 1, 2024

*/s/ Kevin B. Dulaney*
Kevin B. Dulaney, Esq.
PA Attorney No. 326949
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Telephone: 215.278.2555
Fax: 215.278.2594
kdulaney@shb.com

*Attorney for Defendants Panera Bread Company and Panera LLC*

**CERTIFICATE OF SERVICE**

    I, hereby certify that on October 1, 2024 I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                                                                         */s/ Kevin B. Dulaney*
                                                                         Kevin B. Dulaney, Esq.